UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
APR - 9 2014
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST LOUIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) No. | **4:14CR108 ERW/DDN** |
| TYRONE VALENTINE, | ) | |
| Defendant. | ) | |

### INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about January 8, 2013, in the City of Saint Louis, within the Eastern District of Missouri,

**TYRONE VALENTINE,**

the defendant herein, having been convicted previously of a felony crime punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri and of the United States of America, did knowingly possess various rounds of 9 mm ammunition, all of which had traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
Cristian M. Stevens, #48028MO
Assistant United States Attorney